**(FRE) FEDERAL RULES OF EVIDENCE - ARTICLE IX.  AUTHENTICATION AND IDENTIFICATION - Rule 902. Evidence That Is Self-Authenticating. Rule 902(8).**

For Whom it may concern: This written statement of record a sworn and affirmed declaration for notarial acknowledgement under District of Columbia Statute (D.C. Code § 42-142,42-147) and pursuant to the (FRE) FEDERAL RULES OF EVIDENCE - ARTICLE IX. AUTHENTICATION AND IDENTIFICATION - Rule 902. Evidence That Is Self-Authenticating. - FRE 902(8).

Rule 902. Evidence That Is Self-Authenticating - FRE 902(8).

(8) Acknowledged Documents. A document accompanied by a certificate of acknowledgment that is lawfully executed by a notary public or another officer who is authorized to take acknowledgments.

Plaintiff(s) Na'eem Omar Betz for the record states the following that, I have received at least four plus illegal calls from the number (877-871-7770) on (June 15,16,17,19) without prior express written consent or prior express consent to my wireless telephone number (202-XXX-8063) by the Defendant(s) (YSLS) YOUR STUDENT LOAN SOLUTION et al. The Defendant(s) are located at 201 N. Charles St. Suite # 2406, Baltimore, Maryland 21201. The Defendant(s) illegally called and continued to call Plaintiff(s) wireless telephone number illegally with a total disregard for the law. Plaintiff(s) wireless telephone number has been registered with (FTC) National Do Not Call Registry since April 22, 2012. Evidence of the 47 U.S.C.§227(c)(5) willful or knowingly violation can be seen on "See Attached Exhibit B - Screenshots of Cellular Telephone Call Records" and "See Attached Exhibit A - The email confirmation sent from the (FTC) Federal Trade Commission Verify@donotcall.gov to Plaintiff(s) Naeem Betz confirming cellular telephone number registry on the (FTC) National Do Not Call Registry on a number ending in 8063 on April 22, 2012.". Telemarketing Calls to National "Do-Not-Call" … "DNC" Numbers Prohibited – 47 USC 227(c)(5) This section only applies to telephone solicitation calls. Anyone whose numbers are registered on the DNC list that has received two telemarketing calls within a twelve-month period can sue for all calls including the first. It does not matter if calls are live, pre-recorded or robo calls. The DNC provision is a powerful section of the TCPA because it prohibits calls to both cell phone and residential lines, which are registered on the federal or company specific do-not call lists. It is not necessary to prove the telemarketer used an ATDS or used artificial or pre-recorded voice messages. Live calls to numbers registered on the DNC are prohibited.

The Defendant(s) also demonstrated willfully or knowingly violating 47 USC § 227(b)(1)(A)(iii) by calling Plaintiff(s)wireless telephone from the number (877-871-7770) on (June 15,16,17,19) without prior express written consent or prior express consent. Plaintiff(s) number (202-XXX-8063), which is assigned to a cellular telephone service and is charged for monthly telephone usage and other communication services. These calls caused emotional damage, extra electricity usage, extra battery usage and were a direct invasion of privacy to Plaintiff(s) Naeem Betz. The Defendant(s) actions caused lost time, aggravation, and continued distress. Upon information and belief, the Defendant(s) telephone calls that were left on Plaintiff(s) Naeem Betz wireless phone had only silence or no message left as a voicemail. Plaintiff(s) has the actual recordings of the artificial or prerecorded voicemail which has complete momentary pause ("dead air") and a loud beep sound on June 19th at 1:55pm. The voicemail placed on Plaintiff(s) cellular phone by the Defendant(s) using telephone number (877-871-7770) on June 19th, 2017 at 1:55pm. The Defendant(s) never disclosed or identified who they were and what business entity was initiating or making these unauthorized calls to Plaintiff cell phone.

By making the telephone calls at issue in the Verified Complaint and the attached Exhibits A-D. Defendant(s) caused consumer Plaintiff Naeem Betz actual harm, including the aggravation, nuisance, and invasion of privacy that directly accompanies the receipt of unsolicited and harassing cellular telephone calls. Defendant(s) calls constituted calls that were not for emergency purposes as defined by 47 U.S.C. § 227(b)(1(A)(i). Plaintiff(s) Naeem Betz did not provide Defendant(s) with prior express written consent or prior express consent to place calls to his cellular telephone utilizing an ATDS or artificial or pre-recorded voice, pursuant to 47 U.S.C. § 227 (b)(1)(A) and 47 C.F.R. § 64.1200(a)(3).

Plaintiff(s) for the record states that all "EXHIBITS A-D" are now self-authenticated by lawful notary certificate of acknowledgement pursuant to the (FRE) FEDERAL RULES OF EVIDENCE - ARTICLE IX.  AUTHENTICATION AND IDENTIFICATION - Rule 902. Evidence That Is Self-Authenticating. FRE 902(8).

"See Attached Exhibit A - The email confirmation sent from the (FTC) Federal Trade Commission Verify@donotcall.gov to Plaintiff Naeem Betz confirming cellular telephone number registry on the (FTC) National Do Not Call Registry on a number ending in 8063 on

April 22, 2012." "See Attached Exhibit B - Screenshots of Cellular Telephone Call Records"

"See Attached Exhibit D – (FCC) Federal Communications Commission - Consumer Help

Resources Know your Rights: The Rules on Robocalls and Robotexts."

"See Attached Exhibit C - District of Columbia under D.C. CODE § 34–1701."

**WHEREAS**, the public record is the highest evidence form, I, Naeem Betz
am hereby timely creating a lawful instrument or document known as an "acknowledgement"
in the jurisdiction of District of Columbia and the United States of America.

Notification of legal responsibility is "the first essential of due process of law."
See, *Connally v. General Construction Co.*, 269 U.S. 385, 391.

I, Plaintiff Na'eem Omar Betz, _____ hereby and herein reserve the right, and
am the only party with said right, for amending and making amendments to this lawful
instrument or document as necessary in order that the truth may be ascertained and its proceeding
justly determined.

The undersigned, Plaintiff Na'eem Omar Betz, _____ do herewith declare,
state and say that I, issue this with sincere intent in truth, that I, the undersigned am competent
by stating the matters set forth herein, that the contents are true, correct, complete, and certain,
admissible as evidence, reasonable, not misleading, and by my best knowledge, by me, the
undersigned.

**This document and all others pertaining to this issue may be recorded and thusly may be
used at the discretion of its issuer for any and all matters as so allowed under Rule 902(8)
of the Federal Rules of Evidence and others, including, without limitations, the
jurisdiction of the The District of Columbia and the United States of America.**

By my hand, this 25th day of month: Sept. , 20 17,
Signed: _____ , All Rights Reserved UCC§3-414(1) WITH OUT
RECOURSE-IN FULL LIFE-Natural Person-UCC§1-103.6- Na'eem Omar Betz
IN PRO PRIA PERSONA-UCC§1-207.4-UCC§1-103.6-UCC§1-308

> Na'eem Omar Betz
> 4244 Hildreth St.SE
> Washington, D.C.
> [20019-9998]

22 CFR 92.33 - Execution of certificate of acknowledgement. (f) Signing and sealing certificate.
The certificate of acknowledgment shall be signed and sealed as prescribed in §§ 92.15.

**District of Columbia:**        )

                          ) **CERIFICATE OF ACKNOWLEDGEMENT**

**Washington**   WDC        )

On the 25th day of SEP, 20 17, NAEEM BEtz personally appeared before me and proved to me on the basis of satisfactory evidence to be the person whose name is subscribed hereto and acknowledged to me that he executed the same under asseveration, and accepts the facts thereof. *The foregoing instrument was acknowledged before me by my hand and seal this 25th day of SEP, 2017.*

**W I T N E S S   m y   h a n d   a n d   O f f i c i a l   S e a l**

Notary Signature

My Commission expires on the 14th day of Feb, 20 21.

Dana R. Gill
District of Columbia, Notary Public
My Commission Expires
February 14, 2021

Case: 1:17-cv-01955                          Jury Demand
Assigned To : Sullivan, Emmet G.
Assign. Date : 9/25/2017
Description: Pro Se Gen. Civil                (F-Deck)

# EXHIBIT A



**FEDERAL TRADE COMMISSION**
PROTECTING AMERICA'S CONSUMERS

Back to ftc.

More Information | Privacy & Security | Home



# National Do Not Call Registry

En Español



**Report Unwanted Calls**

**Verify Your Registration**

**Register Your Phone**

## The National Do Not Call Registry
## gives you a choice about whether to receive telemarketing calls

- You can **register** your home or mobile phone for **free**.

- After you register, **other types of organizations may still call you**, such as charities, political groups, debt collectors and surveys. To learn more, read our **FAQs**.

- If you received an unwanted call after your number was on the National Registry for 31 days, **report it to the FTC**.

**Sellers and telemarketers:**
Go to **https://telemarketing.donotcall.gov** to access the National Do Not Call Registry.

Back to ftc.gov | Privacy Policy



Back to ftc.

More Information | Privacy & Security | Home



En Español



**VERIFY YOUR REGISTRATION**

You can verify if and when your phone number was registered.

Follow the verification steps below.

1. Enter up to three phone numbers and your email address. Click Submit
2. Check whether the information is correct.
3. Receive an email with the verification information.

## STEP 1 OF 3

| | |
|---|---|
| **Phone Number:** | 2027068063 |
| Please enter only numbers in Phone Number field. | 2027068063 |
| | 2027068063 |
| **Email Address:** | nobetzo@gmail.com |

SUBMIT

Your email address MUST be correct to process your verification. Learn why your email address is required. If you do not receive the verification email within a few minutes, please check your spam filter or junk email folder.

Please enter only numbers in Phone Number field.



Back to ftc.

 **National Do Not Call Registry**  [ En Español ]

More Information | Privacy & Security | Home

*VERIFY YOUR REGISTRATION*

### STEP 2 OF 3

## Make Sure Your Information is Correct

Please check your phone number(s) and email address below. If they are correct, click Verify to continue. To make a correction, click Change.

Your email address MUST be correct to verify your registration.

|  |  |
|---|---|
| Phone Number: | **2027068063** |
|  | **2027068063** |
|  | **2027068063** |
| Email Address: | **nobetzo@gmail.com** |

( VERIFY )    (          )



Back to ftc.

More Information | Privacy & Security | Home

 **National Do Not Call Registry**                    En Español

VERIFY YOUR REGISTRATION 

## STEP 3 OF 3

### Receive an Email

You should receive an email from Verify@donotcall.gov within a few minutes.

If your phone number is registered, the email will tell you the date of registration. If your phone number is not registered and you want it to be, use this Web site.

You can close this browser window when completing the verification process.

 **Gmail**

**N B <nobetzo@gmail.com>**

## National Do Not Call Registry - Your Registration Is Confirmed
1 message

**Verify@donotcall.gov** <Verify@donotcall.gov>                    Mon, Sep 18, 2017 at 6:45 PM
To: nobetzo@gmail.com

Thank you for registering your phone number with the National Do Not Call Registry. You successfully registered your phone number ending in 8063 on April 22, 2012. Most telemarketers will be required to stop calling you 31 days from your registration date.

Visit https://www.donotcall.gov  to register another number or file a complaint against someone violating the Registry.

*************************************************************************************************************

Please do not reply to this message as it is from an unattended mailbox. Any replies to this email will not be responded to or forwarded. This service is used for outgoing emails only and cannot respond to inquiries.

Case: 1:17-cv-01955
Assigned To : Sullivan, Emmet G.
Assign. Date : 9/25/2017
Description: Pro Se Gen. Civil

Jury Demand

(F-Deck)

# EXHIBIT B





















Incoming call

(877) 871-7770

**Student Loan Solution C...** ✕
423 spam reports

🏛 Mortgage lending

(877) 871-7770
Custom - Multiple OCN Listing
Last call 4 days ago                    *truecaller*







# Student Loan Solution Center



Mortgage lending

423 spam reports

| CALL | SMS | NOT SPAM | BLOCK |
|------|-----|----------|-------|

Identified by Truecaller

**(877) 871-7770**
Custom - Multiple OCN Listing

View call history



United States



← **Call history** 🗑

(877) 871-7770
↰ Custom, 1:55 PM

(877) 871-7770
↰ Custom, 4:40 PM, Thu







**(877) 871-7770**

DELETE    MORE

CREATE CONTACT    UPDATE EXISTING

    



**Jun 21 11:36 AM**
Outgoing call, 15 min 28 sec

**Jun 21 11:35 AM**
Outgoing call, 0 min 4 sec

**Jun 21 11:35 AM**
Outgoing call, 0 min 3 sec

**Jun 21 10:59 AM**
Outgoing call, 0 min 7 sec

**Jun 19 1:55 PM**





(877) 871-7770

DELETE   MORE

CREATE CONTACT   UPDATE EXISTING

 

🚫 **Today 1:55 PM**
Rejected call

🚫 **Jun 15 4:40 PM**
Rejected call











**Live Chat**              **Leave a Message**              **Knowledge Base**

### Please leave a message

Leave a message and we will come back to you shortly. Please provide as many details as possible along with your contact information.



NAEEM BETZ

nobetzo@gmail.com

BETZ v. YOUR STUDENT LOAN SOLUTION et al.

"NOTICE OF INTENT TO SUE FEDERAL"
IN THE UNITED STATES DISTRICT COURT OF THE
DISTRICT OF COLUMBIA

BETZ v. YOUR STUDENT LOAN SOLUTION et al.
FOR SETTLEMENT PURPOSES ONLY

PURSUANT TO (FRE Rule 408) FEDERAL RULES

**Department:**

Support

Send Message



HOME      UNDERSTANDING YOUR OPTIONS

WHY CHOOSE US ?      SERVICES      PRICING

CONTACT US

## Contact Us

Home      Contact Us

**Email or Call Us Today!**
Email:info@yourstudentloansolution.com
Call: 1800-982-8506

**Address:**

201 N Charles St. Suite 2406,
Baltimore MD 21201

## Get Help Now.

Have a certified Student Loan Solution
Expert guide you to lower repayments.

Your Name *
    First Name


    Last Name

Your Email *


Your Phone *


Zip Code *


Best Time to Call *
    Morning



**I Need Help With:**

☐ Student Loan Consolidation  ☐ Financial Education

Contact Us



## COMPANY LINKS

Home

Understanding your options

Why choose us ?

Services

Contact us

Refund Policy

## REPAYMENT OPTIONS

Standard Repayment

Extended Repayment

Graduated Repayment

Income Based Repayment

Income Contingent Repayment

Income Sensitive Repayment

Pay As You Earn

## GET IN TOUCH

Email:info@yourstudentloan

Call: 1800-982-8506

We simplify the student loan document preparation so that you don't have to do anything but just zip it.
Our support assistants are always available if you face any issues.

Your Student Loan Solution is a private organization and is not a government entity. Your Student Loan Solution is a Document Preparation Company. Our free Federal Student Loan Informational session will identify what Federal programs are available for you and does not constitute legal or financial advice. Our service is only for the Preparation of the documents needed for the Federal Student Loan Consolidation Programs. Consumers may choose to complete their own consolidation documents based on the federal programs and are not obligated to use a third party resource such as Your Student Loan Solution. Your Student Loan Solution does not facilitate the negotiation of a debt, the settlement of a debt or the altering of a debt. It's services are only for the preperation of federal student loan program documents needed in order to be able to submit them to The Department Of Education. Your Student Loan Solution will not be mailing anything to The Department Of Education on your behalf, but instead mailing the prepared documents directly to the consumer via certified mail. Consumer is responsible to sign all required areas on prepared documents and is also responsible to mail Federal student loan program documents to The Department Of Education. Your Student Loan Solution will not pay your student loans for you or on your behalf. *Results May Vary and are Solely Based on The Federal Consolidation Program You Choose.

© Copyright 2017 Your Student Loan Solution   |  Privacy Policy  |  Terms  |  Disclaimer





HOME        UNDERSTANDING YOUR OPTIONS

WHY CHOOSE US ?        SERVICES        PRICING

CONTACT US

# Disclaimer

Home        Disclaimer

Your Student Loan Solution is an independent service provider of technical support services. All other trademarks, company names, product names and brand names are the property of their respective owners, and Your Student Loan Solution disclaims any ownership in such third-party trademarks. Your Student Loan Solution bears no affiliation to any third party referenced on this site, unless such relationship is expressly specified herein. ©2014. All rights reserved.

http://yourstudentloansolution.com/



**COMPANY LINKS**

Home

Understanding your options

Why choose us ?

Services

Contact us

Refund Policy

**REPAYMENT OPTIONS**

Standard Repayment

Extended Repayment

Graduated Repayment

Income Based Repayment

Income Contingent Repayment

Income Sensitive Repayment

Pay As You Earn

**GET IN TOUCH**

Email:info@yourstudentloan

Call: 1800-982-8506

We simplify the student loan document preparation so that you don't have to do anything but just zip it.

Our support assistants are always available if you face any issues.



Case: 1:17−cv−01955                     Jury Demand
Assigned To : Sullivan, Emmet G.
Assign. Date : 9/25/2017
Description: Pro Se Gen. Civil          (F-Deck)

# EXHIBIT C

# Code of the District of Columbia

## You Are Here

- ↪ D.C. Law Library
- ↪ Code of the District of Columbia
- ↪ Title 34. Public Utilities.
- ↪ Chapter 17. Ban on Automated Dialing Systems.
- ↪ § 34–1701. Ban on automated telephone dialing systems for commercial solicitation; definitions; prohibition; exceptions.

## Previous

Chapter 17. Ban on Automated Dialing Systems.

## Next

Chapter 17A. Digital Inclusion.

## Publication Information

### Current through January 09, 2016

Last codified D.C. Law:
        Law 21-46 effective January 09, 2016
Last codified Emergency Law:
        Act 21-240 effective December 21, 2015
Last codified Federal Law:
        Public Law 114-95 approved December 10, 2015

Report Error

Website Feedback

We cannot respond to questions regarding the law.

# § 34–1701. Ban on automated telephone dialing systems for commercial solicitation; definitions; prohibition;

███████████████

(a) For the purposes of this section, the term:

(1) "Automated dialing or push-button or tone-activated address signaling telephone system with a prerecorded message" is any equipment used for telephone solicitation purposes, which alone or in conjunction with other equipment, can convey a prerecorded or synthesized voice message to the number called.

(2) "Soliciting" means any attempt to sell or lease consumer goods, services, or real property to another person.

(b) (1) A person may not use an automated dialing, push-button, or tone-activated address signaling telephone system with a prerecorded message for the sole purpose of:

(A) Soliciting a person over the telephone to purchase or lease goods, services, or real property; or

(B) Requesting survey information over the telephone where results are to be used directly for the purpose of soliciting a person to purchase or lease goods, services, or real property.



(4) Any person who violates this section shall be fined a civil penalty of not more than $1,000 for the 1st violation and not more than $5,000 for each subsequent violation.

(5) The Corporation Counsel of the District of Columbia, or his assistants, shall prosecute violations of this section in the name of the District of Columbia.

(July 13, 1991, D.C. Law 9-14, §§ 2, 3, 38 DCR 3384.)

Prior Codifications

1981 Ed., § 43-1418.

The codes and laws on this website are in the public domain.

Please do not scrape. Instead, bulk download the HTML or XML.

# EXHIBIT D

FCC Home   Help Center Home

Sign in   Check Status

# Consumer Help Center

Phone

## Rules and Resources for Dealing with Unwanted Calls and Texts

File a Complaint

The Federal Communications Commission plays a crucial role in helping consumers stop unwanted calls and text messages.  Under the Telephone Consumer Protection Act, the FCC provides clarity on the law, sets rules, takes enforcement actions, and provides resources for consumers.

**Know Your Rights: The Rules on Robocalls and Robotexts**

- Telemarketing calls can be stopped by consumers through the <u>Do Not Call registry</u> which protects both landline and wireless phones.
- All non-emergency robocalls, both telemarketing and informational, require a consumer's permission to be made to a wireless phone.  These calls can include political, polling, and other non-telemarketing robocalls.
- Robocalls either use a technology with the capacity to autodial or utilize a pre-recorded or artificial voice.
- Calls and text messages have the same protection under FCC rules.
- Phone companies face no legal barriers to offering consumers the use of technologies that block robocalls to any phone.  The FCC encouraged the companies to offer this resource.
- Consumers can take back their permission to be called or texted in any reasonable way.  A calling company cannot require someone to fill out a form and mail it in as the only way to revoke consent.
- An existing commercial relationship does not constitute permission to be robocalled or texted.
- Consent to be called or texted cannot be a condition of a sale or other commercial transaction.
- Callers are allowed to call a wrong number only once before updating their list.  This most commonly comes up when one person consented to be called or texted but then they gave up that number and it was reassigned to someone else.  Callers have resources available to them to help them know ahead of time if a number's "owner" has changed.

FCC Home    Help Center Home

- Congress gave consumers a private right of action against callers that violate the TCPA.  The Commission has also enforces the rules proactively, often stemming from consumer complaints.

**Take Action: Consumer Resources**

- Ask your phone company to offer robocall-blocking technology for which the FCC has now given the legal approval.
- Register your number on the Do Not Call list in order to block telemarketing calls: www.donotcall.gov
- If you use robocall-blocking technology already, it often helps to let that company know which numbers are producing unwanted calls so they can help block those calls for you and others.
- Tell unwanted callers that you do not consent to the call, make a record of the number and when you made your request not to be called, and let us know.
- Wireless and landline home phones are protected against telemarketing robocalls made without prior *written* consent from the recipient.
- Congress also explicitly empowered consumers to choose to take legal action.

**Filing a complaint**

Consumers can file complaints with the FCC. Consumer complaints to the FCC are used as an important resource in our analysis of trends, in possible investigations, and in guiding enforcement efforts.

- File a complaint online
- By phone: 1-888-CALL-FCC (1-888-225-5322); TTY: 1-888-TELL-FCC (1-888-835-5322); ASL Videophone: 1-844-432-2275
- By mail (please include your name, address, contact information and as much detail about your complaint as possible):
  Federal Communications Commission
  Consumer and Governmental Affairs Bureau
  Consumer Inquiries and Complaints Division
  445 12th Street, S.W.
  Washington, DC 20554

**More information for schools**

For schools who have questions about compliance with the Commission's robocalls rules, please contact Richard.Smith@fcc.gov.

**Accessible formats**

FCC Home   Help Center Home

**Download a printable version of this guide**

- robocalls-06-18-15.pdf (100 KB)

Search the Help Center

Search

# Related articles

Unwanted Telemarketing Calls and the National Do-Not-Call List

Spoofing and Caller ID

Filing a Complaint Questions and Answers

Rules and Resources for Dealing with Unwanted Texts and Calls

Data on Unwanted Calls

*Federal Communications Commission*
*445 12th Street SW*
*Washington, DC 20554*

Phone: 1-888-225-5322
TTY: 1-888-835-5322
Videophone: 1-844-432-2275
Fax: 1-866-418-0232
Contact Us
Privacy Policy
Moderation Policy
Website Policies & Notices
Browser Compatibility
FOIA
No Fear Act Data
FCC Digital Strategy
Open Government Directive
Plain Writing Act
2009 Recovery and Reinvestment Act
RSS Feeds & Email Updates
Disability Rights

 Federal
Communications
Commission

Home / For Consumers /

# Stop Unwanted Calls, Texts and Faxes

Español (/consumers/guides/evite-llamadas-textos-y-faxes-no-solicitados)

Under the Telephone Consumer Protection Act, the Federal Communications Commission plays a crucial role in helping consumers stop unwanted calls, text messages and faxes. FCC rules address unsolicited telephone marketing calls – including those using automated and prerecorded messages.

FCC rules under TCPA:

- Require anyone making a telephone solicitation call to your home to provide his or her name, the name of the person or entity on whose behalf the call is being made, and a telephone number or address at which that person or entity can be contacted.
- Prohibit telephone solicitation calls to your home before 8 am or after 9 pm.
- Require telemarketers to comply immediately with any do-not-call request you make during a call.

Click the tabs below for more information and FAQs.

Robocalls    Do Not Call List    Spam    Junk Faxes    File a Complaint



## Robocalls

Robocalls are unsolicited prerecorded telemarketing calls to landline home telephones, and all autodialed or prerecorded calls or text messages to wireless numbers, emergency numbers, and patient rooms at health care facilities. Under the Telephone Consumer Protection Act, FCC rules limit many types of robocalls, though some calls are permissible if prior consent is given. Rules differ between landline and wireless phones.

**Rules on Robocalls and Robotexts**

**Take Action: What You Can Do**

## Frequently Asked Questions

### Know your rights: the rules on robocalls and robotexts

- Telemarketing calls can be stopped by consumers through the Do Not Call registry (http://www.donotcall.gov) which protects both landline and wireless phones.
- All non-emergency robocalls, both telemarketing and informational, require a consumer's permission to be made to a wireless phone.  These calls can include political, polling, and other non-telemarketing robocalls.
- Robocalls either use a technology with the capacity to autodial or utilize a pre-recorded or artificial voice.
- Calls and text messages have the same protection under FCC rules.
- Phone companies face no legal barriers to offering consumers the use of technologies that block robocalls to any phone.  The FCC encouraged the companies to offer this resource.
- Consumers can take back their permission to be called or texted in any reasonable way. A calling company cannot require someone to fill out a form and mail it in as the only way to revoke consent.
- An existing commercial relationship does not constitute permission to be robocalled or texted.
- Consent to be called or texted cannot be a condition of a sale or other commercial transaction.
- Callers are allowed to call a wrong number only once before updating their list.  This most commonly comes up when one person consented to be called or texted but then they gave up that number and it was reassigned to someone else.  Callers have resources available to them to help them know ahead of time if a number's "owner" has changed.
- Urgent calls or texts specifically for health or fraud alerts may be allowed without prior consent.  They must be free, and consumers can say "stop" at any time.
- Congress gave consumers a private right of action against callers that violate the TCPA. The Commission has also enforces the rules proactively, often stemming from consumer complaints.

Back to Top

### Take action: what you can do

- Ask your phone company to offer robocall-blocking technology for which the FCC has now given the legal approval.

- Register your number on the Do Not Call list in order to block telemarketing calls: www.donotcall.gov (http://www.donotcall.gov)
- If you use robocall-blocking technology already, it often helps to let that company know which numbers are producing unwanted calls so they can help block those calls for you and others.
- Tell unwanted callers that you do not consent to the call, make a record of the number and when you made your request not to be called, and let us know.
- Wireless and landline home phones are protected against telemarketing robocalls made without prior *written* consent from the recipient.
- Congress also explicitly empowered consumers to choose to take legal action.

Back to Top

**FAQs**

**What are the rules for robocalls?**

FCC rules require a business to obtain your written consent – on paper or through electronic means, including website forms, a telephone keypress – or a recording of your oral consent before it may make a prerecorded telemarketing call to your residential phone number or make an autodialed or prerecorded telemarketing call or text to your wireless number.

**What are the consent requirements for telemarketers calling my landline?**

Businesses must have your prior express written consent before making telemarketing robocalls. Telemarketers are no longer able to make telemarketing robocalls to your landline home telephone based solely on an "established business relationship" that you may have established when purchasing something from a business or contacting the business to ask questions.

**Are robocalls to wireless phones permissible?**

Your written or oral consent is required for ALL autodialed or prerecorded calls or texts made to your wireless number. Telemarketers have never been permitted to make robocalls to your wireless phone based solely on an "established business relationship" with you.

**Do all prerecorded autodialed calls to my landline violate FCC rules?**

Not always. Informational messages such as school closings or flight information are permissible without prior written consent.

**What other autodialed calls are permitted under FCC robocall rules?**

Market research or polling calls to residential wireline numbers are not restricted by FCC rules, nor are calls on behalf of tax-exempt non-profit groups. The rules do require all prerecorded calls, including market research or polling calls, to identify the caller at the beginning of the message and include a contact phone number. All autodialed or prerecorded non-emergency calls to wireless phones are prohibited without prior expressed consent, regardless of the call's content.

### Can I opt out of autodialed calls?

FCC rules require telemarketers to allow you to opt out of receiving additional telemarketing robocalls immediately during a prerecorded telemarketing call through an automated menu. The opt-out mechanism must be announced at the outset of the message and must be available throughout the duration of the call.

### How can schools get more information about compliance?

For schools who have questions about compliance with the Commission's robocalls rules, please contact Richard.Smith@fcc.gov (mailto:Richard.Smith@fcc.gov)

Back to Top

Next »

To request this article in an accessible format - braille, large print, Word or text document or audio - write or call us at the address or phone number above, or send an email to fcc504@fcc.gov (mailto:fcc504@fcc.gov).

**Date Last Updated/Reviewed:**
Tuesday, August 16, 2016

**Bureau/Office:**
Consumer and Governmental Affairs (https://www.fcc.gov/consumer-governmental-affairs)
**Tags:**
Consumers (/tags/consumers) - Do-not-call (/tags/do-not-call-0) - Junk Faxes (/tags/junk-faxes-0) - Robocall (/tags/robocall) - Telephone Consumer Issues (/tags/telephone-consumer-issues) - Telephone Consumer Protection Act (TCPA) (/tags/telephone-consumer-protection-act-tcpa)



# CFPB Halts Student Loan Debt Relief Scam

**MAR 30, 2016**

*Student Aid Institute Illegally Tricked Borrowers Into Paying Fees for Federal Loan Benefits*

WASHINGTON, D.C. –

The Consumer Financial Protection Bureau (CFPB) today took action to halt a student loan debt relief scam that illegally tricked borrowers into paying fees for federal loan benefits and misrepresented to consumers that it was affiliated with the Department of Education. The CFPB is ordering the student debt relief company, Student Aid Institute, Inc., and its chief executive officer, Steven Lamont, to pay a penalty, halt debt relief services, and stop charging affected customers. The CFPB is also permanently barring the company and Lamont from the debt relief industry.

"We see more and more companies and websites demanding large upfront fees to help student loan borrowers enroll in income-driven plans that are available for free," said CFPB Director Richard Cordray. "These practices bear a disturbing resemblance to the mortgage crisis where distressed consumers were preyed upon with false promises of relief. We will continue to shut down illegal scams and address sloppy servicing practices that victimize consumers."

"We appreciate CFPB's continued vigilance and leadership in weeding out those who seek to prey on struggling student loan borrowers," said U.S. Secretary of Education John B. King Jr. "We will continue to work with CFPB to ensure that affected borrowers get the free help they deserve to manage their payments. To all the Americans out there working hard to keep up with your student loan payments, please remember: you never have to pay for help."

Student Aid Institute is a debt relief services company that offers to reduce consumers' student loan payments. The company is headquartered in San Diego, Calif. and its chief executive officer is Steven Lamont.

The Department of Education offers numerous plans to borrowers with federal student loans to make payments more affordable. These include options that let struggling borrowers set their monthly payment based on their income. Monthly payments under these plans can be as low as zero dollars per month for unemployed or very low-wage borrowers. The Department of Education does not charge any fees to apply for or enroll in these plans, for which many student loan borrowers qualify.

Student Aid Institute marketed and advertised debt relief services to struggling student loan borrowers. The company deceived customers about the benefits of their services and misrepresented that fees were required to participate in federal student loan programs when those programs were, in fact, free. The company ultimately reaped millions of dollars in advance fees from thousands of consumers. Specifically, Student Aid Institute:

- **Charged illegal advance fees:** Federal law requires at least one debt to be renegotiated, settled, or reduced before a fee can be collected for debt relief services. But Student Aid Institute often charged consumers hundreds of dollars and required all, or a substantial portion, of its fees to be paid upfront.

- **Deceived borrowers about the benefits and terms of its services:** The company misrepresented to consumers how much they would save, whether they were eligible for loan forgiveness, whether they had been preapproved for specified programs, and whether the fees were required to participate in the federal programs.

- **Failed to provide required privacy notices:** The Bureau also found the company failed to provide its customers with privacy notices required by law.

- **Falsely represented an affiliation with the Department of Education:** The company's marketing materials falsely implied that it was affiliated or endorsed by the federal government.

## Enforcement Action

Under the Dodd-Frank Wall Street Reform and Consumer Protection Act, the CFPB is authorized to take action against certain institutions engaged in deceptive acts or practices, or that otherwise violate federal consumer financial laws. The consent order requires Student Aid Institute and Lamont to:

- **Shut down debt-relief operations:** Student Aid Institute must shut down debt relief operations.

- **Cancel all contracts with consumers and stop charging them:** The company must immediately stop charging customers any fees for its services. All contracts will also be cancelled.

- **Stop participating in the debt relief industry:** The order bars Student Aid Institute and Lamont from offering, or receiving any payments from, debt relief services.

- **Ensure student loan borrowers do not miss important repayment benefits:** The Department of Education requires that student loan borrowers recertify their income-driven repayment plans every year. For consumers enrolled in any income-driven repayment or forgiveness plan whose annual recertification or renewal deadlines for these programs are within 30 days of the entry of the judgment, the company must prepare, process, and mail all paperwork necessary to maintain enrollment in the plan.

- **Pay a civil penalty:** The order also imposes a penalty of $50,000 to be paid into the CFPB's Civil Penalty Fund.

**A copy of the Student Aid Institute order is available at:** http://www.consumerfinance.gov/f/201603_cfpb_consent-order-student-aid-institute-inc-steven-lamont.pdf

Today's action builds on important work by the CFPB and many state attorneys general to crack down on illegal student loan debt relief operations. The Bureau recently took action to halt two other nationwide student loan debt relief scams. More information is available at: http://www.consumerfinance.gov/newsroom/cfpb-takes-action-to-end-student-debt-relief-scams/

Despite the availability of income-driven repayment options for the vast majority of borrowers, one in four student loan borrowers are currently in default or struggling to stay current on their loans. Over the past year, the CFPB has highlighted similarities between student loan borrower distress and the mortgage crisis, both of which have led to struggling borrowers becoming victims of debt relief scams.

Earlier this year, the CFPB released a report finding that problems with student loan servicing can leave distressed borrowers without the tools to help avoid default. Student debt relief scams prey on these consumers, charging upfront fees while promising to enroll borrowers in free federal consumer protections, including income-driven repayment plans.

Last year, the Bureau announced that it was making it a priority to take action against companies that are engaging in illegal student loan servicing practices. As part of this, the CFPB will continue to work to address student loan servicing breakdowns that may allow student loan debt relief scams to proliferate.

## Consumer Alert

Affected Student Aid Institute customers may need to take action to maintain their enrollment in certain Department of Education repayment or forgiveness plans. They should contact their student loan servicer as soon as possible for more information and to ensure they are enrolled in the repayment plan that is best for them. Individuals who are unsure of

their student loan servicer should contact the Department of Education at 800-4-FEDAID (800-433-3243) for more information.

The Department of Education will provide enhanced assistance to the borrowers who were affected by the illegal practices of Student Aid Institute and Lamont. This assistance includes additional outreach to ensure that these borrowers are able to retain low monthly payments under an income-driven repayment plan that is free under federal law.

**For information about student debt relief scams, a CFPB consumer advisory is available at:** http://www.consumerfinance.gov/blog/consumer-advisory-student-loan-debt-relief-companies-may-cost-you-thousands-of-dollars-and-drive-you-further-into-debt/

In recent years, many consumers have borrowed significantly to pay for postsecondary education. Earlier this year, the Bureau estimated that outstanding student debt totals nearly $1.3 trillion. Most of this debt is from federal student loans made or guaranteed by the Department of Education. Borrowers who run into trouble with companies offering debt relief services when repaying student loans can submit a complaint to the CFPB.

Last year, the CFPB sent letters ⬚ to BING, Yahoo, Facebook, and Google to alert companies that student debt relief scammers may be targeting student loan borrowers through company search products. The Bureau's analysis of web data suggests that struggling borrowers are searching for help using keywords such as "student loan forgiveness," and "Obama student loan relief." The CFPB has urged the companies to work to ensure their search products are not being used by scammers to prey on vulnerable student loan borrowers by implying an affiliation with the federal government.

**More information is available at:** www.consumerfinance.gov/students

                                                                                              ###

*The Consumer Financial Protection Bureau is a 21st century agency that helps consumer finance markets work by making rules more effective, by consistently and fairly enforcing those rules, and by empowering consumers to take more control over their economic lives. For more information, visit consumerfinance.gov.*

Topics:

- ENFORCEMENT

- DEBT COLLECTION

- STUDENT LOANS

**PRESS INFORMATION**

If you want to republish the article or have questions about the content, please contact the press office.

Go to press resources page

**STAY INFORMED**

Subscribe to our email newsletter. We will update you on new newsroom updates.

**Email Address**

_fl_        What are you looking for?

MENU

Home (https://www.bbb.org/acadiana/) / News & Events (https://www.bbb.org/acadiana/news-events/) / BBB alerts consumers to student loan forgiveness
scams (https://www.bbb.org/acadiana/news-events/bbb-scam-alerts/2016/02/bbb-alerts-consumers-to-student-loan-forgiveness-scams/)

# BBB alerts consumers to student loan forgiveness scams



*Fast and easy forgiveness of your student loans sound too good to be true? That's because it is. Better Business Bureau Serving Acadiana is alerting consumers to watch out for scams that entice student loan holders by promising to erase their debt.*

**February 01, 2016**

BBB has recently received several calls on the scam and consumers are reporting receiving both calls and emails. A recent email reads, "Have you heard of the presidents new student loan forgiveness plans? Call Student Loan Services assistance center [number redacted]. To take advantage and see how much you can save. Regards, Student Loan Forgiveness."

According to the email recipient, the representative asked for an upfront fee to underwrite the paperwork. Others say they were told the company would negotiate with the lender on their behalf.

The promise of having your loan balances forgiven has huge appeal when people find themselves struggling to manage student loan debt. Trust your instincts: anything that doesn't ring true will set off warning bells in your head to alert you to a possible scam before it can hurt your finances.

The harsh reality is that every single dollar lost to a scammer equals less money a family has to spend for food, utilities, home repairs and other vital consumer purchases that fuel our local economy. Money stolen by scammers creates a ripple effect in overall consumer purchasing that trickles down to legitimate, honest businesses.

How the Scam Works:

Consumers receive a phone call, email or spot a post on social media that claims a company can erase student loan debt. Many claim that their service is made possible by a new government program or policy sponsored by U.S. President Barak Obama.

The company asks for an upfront fee to negotiate with your student loan lender on your behalf. They will claim they've helped numerous other clients, but don't believe them! Student loans can only be forgiven under specific circumstances, which are not fast or easy.  These scammers will take your fee and disappear.

In another version of the student loan scam, con artists claim that they can save you money by consolidating your loans. Some charge a fee for using a free government service. Others may actually move your loans to a private lender with a higher interest rate.

BBB offers the following tips to avoid student loan forgiveness scams:

- Never pay upfront. Real lenders will take a percentage once their service is complete. You don't need to pay an upfront fee beforehand.
- If you are having trouble paying your student loans, contact your lender directly. You can research programs offered by the federal government.
- Never give a third party power of attorney. Don't sign anything giving a company the power to negotiate on your behalf. A scam company can use this to take control over your loans.
- If it seems too good to be true... it probably is. Any company that claims it can completely erase your student loan debt is likely a scam.

The Consumer Financial Protection Bureau has a useful website (http://www.consumerfinance.gov/paying-for-college/repay-student-debt/#Question-1) for those struggling with student loans, taking you question by question through your existing loans and offering basic information about your options. The bureau also points you to other legitimate sources of information, helping you avoid falling into the clutches of con artists.

**"Look for the Seal" and Start with Trust®.** BBB Serving Acadiana is a private non-profit organization. BBB strives for a trustworthy marketplace by maintaining standards for truthful advertising, investigating and exposing fraud against consumers and businesses.

Please contact Better Business Bureau at (337) 981-3497 24 or bbb.org 24 hours a day for information on businesses throughout North America. Consumers can also sign up for our "Scoop" BBB eNewsletter by visiting bbb.org and clicking on the "Programs & Services" tab.

BBB Serving Acadiana services the parishes of Acadia, Evangeline, Iberia, Lafayette, St. Martin, St. Landry and Vermilion.

**For Consumers**

File a Complaint (/consumer-complaints/file-a-complaint/get-started)
Scam Information & Resources (/scamtips)
File an Auto Warranty Complaint (//www.bbb.org/autoline/)

⌒    **Q** What are you looking for?

MENU

Home (https://www.bbb.org/washington-dc-eastern-pa/) / News & Events (https://www.bbb.org/washington-dc-eastern-pa/news-events/) / Scam Alert -- Student Loan Forgiveness? Don't Take the Bait (https://www.bbb.org/washington-dc-eastern-pa/news-events/bbb-scam-alerts/2015/04/student-loan-forgiveness-dont-take-the-bait/1/)

# Scam Alert -- Student Loan Forgiveness? Don't Take the Bait

Like 0    Share    G+ Share    Share    Tweet

*Fake Student Loan Deal Promises to Erase Debt*

**April 06, 2015**

Fast and easy forgiveness of your student loans! Sound too good to be true? That's because it is. Watch out for scams that entice student loan holders by promising to erase their debt.

**How the Scam Works:**

You get an email or spot on a post on social media that claims a company can erase your student loan debt. Many claim that their service is made possible by a new government program or policy. See one example below.



The company asks for an upfront fee to negotiate with your student loan lender on your behalf. They will claim they've helped numerous other clients, but don't believe them! Student loans can only be forgiven under specific circumstances (https://studentaid.ed.gov/repay-loans/forgiveness-cancellation), and it's not fast or easy.  These scammers will take your fee and disappear.

In another version of the student loan scam, con artists claim that they can save you money by consolidating your loans. Some charge a fee for using a free government service. Others may actually move your loans to a private lender with a higher interest rate.

**How to Spot this a Student Loan Scam:**

- **Never pay upfront**. Real lenders will take a percentage once their service is complete. You don't need to pay an upfront fee beforehand.
- **Know your options.**  If you are having trouble paying your student loans, contact your lender directly. You should research programs offered by the federal governments of the US (https://studentaid.ed.gov/repay-loans) and Canada (http://www.canlearn.ca/eng/loans_grants/repayment/help/index.shtml).
- **Never give a 3rd party power of attorney.** Don't sign anything giving a company the power to negotiate on your behalf. A scam company can use this to take control over your loans.
- **If it seems to good to be true...** It probably is. Any company that claims it can erase your student loan debt in minutes is lying. Don't bother responding to the ad or email.

**For More Information**

Learn more about student loans at Studentaid.ed.gov (http://r20.rs6.net/tn.jsp?
f=001Xx9Ccu2wUkwacS_O3LOH4yGNokwu6VGEe_iHa5ooSJCG9aIrKac6eZEgBYeQKUi1H-KxC-
X5_o5Vl6tqci5CY6nodr33bZaPMJWp9v7ApcCbYES_TtSIGvebGhwLn7vxbcJjdM30ohgpRPWx3Ssd4Z5jjrKdWb_jNZktgACj6CdlxTWEM79a_g==&c=JE
QuWk5VKOOHVq6s0gJiSS4i82t2tpw_vgypInpQVfzULTkvQgz20A==) for United States residents and Canlearn.ca
(http://www.canlearn.ca/eng/index.shtml) for Canadians.